## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

LIAQUAT ALI,                          ]
                                      ]
                   **Plaintiff,**     ]
                                      ]
v.                                    ]
                                      ]   Case No.
CHAMPLAIN ENTERPRISES, INC. D/B/A     ]
COMMUTAIR,                            ]
                                      ]
AND                                   ]
                                      ]
UNITED AIRLINES, INC.                 ]
                                      ]
                   **Defendants.**    ]

## NOTICE OF REMOVAL

Defendants Champlain Enterprises, LLC d/b/a CommutAir (improperly identified in the Complaint as Champlain Enterprises, Inc.) and United Airlines, Inc., by counsel and pursuant to 28 U.S.C. §1332, 1441, 1446 and Local Civil Rule 3, hereby file this Notice of Removal, and in support thereof, state the following:

1.       The Defendants in the instant action are Champlain Enterprises, LLC, d/b/a CommutAir, and United Airlines, Inc.  These entities are hereinafter referred to as "Defendants".

2.       On or about July 16, 2019, Plaintiff Liaquat Ali commenced this action against the Defendants in the Circuit Court for Loudoun County (Virginia), filed as case number CL19-1698.  A true and correct copy of the Complaint served in this action is attached as Exhibit "A",

3.       The Complaint was served on defendant Champlain Enterprises, LLC. by acceptance of service on February 12, 2020. See Exhibit B.

4.       The Complaint was served on defendant United Airlines, Inc. by acceptance of service on February 12, 2020.  See Exhibit C.

5.      In the Complaint, Plaintiff asserts claims of negligence and "common carrier liability" against both Defendants related to alleged personal injuries sustained at Washington-Dulles Airport on August 17, 2017, while flying on CommutAir flight 4852, which was travelling from Dayton, Ohio to Washington-Dulles Metropolitan Airport.  It is alleged therein that the injuries occurred on landing at Washington-Dulles Metropolitan Airport.

7.      Plaintiff Liaquat Ali is a resident of the Commonwealth of Virginia, and upon information and belief, resides at 8126 Haddington Court, Fairfax, Virginia 22039.

8.      Defendant Champlain Enterprises, LLC, (d/b/a CommutAir) is a corporation organized and existing under the laws of the State of New York, with is principal place of business and headquarters located at 240 Valley Road, South Burlington, Vermont.  (See Virginia Secretary of State business registration information, attached as Exhibit D.)

9.      Defendant United Airlines, Inc., is a corporation organized and existing under the laws of the State of Delaware, with is principal place of business and headquarters located at 233 S. Wacker Drive, WDQCT 14th Floor, Chicago, Illinois, 60606.  (See Virginia Secretary of State business registration information, attached as Exhibit E.)

10.     Therefore, there is complete diversity between Plaintiffs and the Defendants, since Plaintiff is a resident of the Commonwealth of Virginia, while the Defendants are residents of New York, Vermont, Delaware and/or Illinois, respectively.

11.     Pursuant to page four of the Complaint, Plaintiff seeks recovery of $478,800 "plus costs, pre- and post-judgment interest, as well as attorneys (sic) fees", thus the amount in controversy exceeds the threshold limit of $75,000, as set forth in 28 U.S.C. §1332 .

12.     Pursuant to 28 U.S.C. §1446(b)(1), a party seeking removal based on diversity jurisdiction must file its notice of removal within "30 days after receipt by the defendant, through

service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based….".   Defendants were served on February 12, 2020, and as such, the filing of this Notice of Removal is timely.

13.    Accordingly, this Court has original jurisdiction of this civil action pursuant to 28 U.S.C. §1332 because there is complete diversity in the matter and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

WHEREFORE, Defendants pray that the instant action now pending before the in the Circuit Court for Loudoun County, be removed therefrom to the United States District Court for the Eastern District of Virginia (Alexandria Division), and for such other and further relief as this Court deems just and proper.

CHAMPLAIN ENTERPRISES, LLC
D/B/A COMMUTAIR,
and

UNITED AIRLINES, INC.
By counsel

___/s/_____
Douglas A. Winegardner (VSB No. 46570)
Alexander D. Rowedder (VSB No. 91036)
Sands Anderson, PC
Bank of America Center, Ste. 2400
1111 East Main Street (23219)
P.O. Box 1998
Richmond, Virginia  23218-1998
Telephone:  (804) 648-1636
Facsimile:  (804) 783-7291
dwinegardner@sandsanderson.com
arowedder@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. Mail, this 13th day of February 2020, to the following:

Douglas K. W. Landau, Esq. (VSB No. 25241)
Abrams Landau, Ltd.
797 Center Street
Herndon, VA 20170
Phone: (703) 796-9555
Facsimile: (703) 796-9210
doug@landaulawshop.com
*Counsel for Plaintiff*

_____/s/_____

# COMMONWEALTH OF VIRGINIA



RECEIVED
FEB 1 2 2020

LOUDOUN CIRCUIT COURT
Civil Division
18 E MARKET ST/PO BOX 550
LEESBURG VA 20178-0550
(703) 777-0270

Proof of Service

Virginia:
In the LOUDOUN CIRCUIT COURT

Case number: 107CL19001698-00
Service number: 002
Service filed: July 16, 2019
Judge:

Served by: SPECIAL PROCESS SERVER
Style of case: LIAQUAT ALI vs CHAMPLAIN ENTERPRISES INC
Service on: UNITED AIRLINES INC
        (SPECIAL PROCESS SERVER)

Attorney: DOUGLAS K W LANDAU
703-796-9555
797 CENTER ST
HERNDON VA 20170

Instructions:

Returns shall be made hereon, showing service of Summons issued Monday, February 10, 2020 with a copy of the Complaint filed Tuesday, July 16, 2019 attached.

Hearing date  :
Service issued: Monday, February 10, 2020

For Sheriff Use Only



# COMMONWEALTH OF VIRGINIA



LOUDOUN CIRCUIT COURT
Civil Division
18 E MARKET ST/PO BOX 550
LEESBURG  VA  20178-0550
(703) 777-0270

Summons

To: UNITED AIRLINES INC
     (SPECIAL PROCESS SERVER)

Case No. 107CL19001698-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Monday, February 10, 2020

Clerk of Court: GARY M CLEMENS

by    _Sandra Amundson_____
                         (CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:    DOUGLAS K W LANDAU
                      703-796-9555
                      797 CENTER ST
                      HERNDON VA 20170

VIRGINIA:

## IN THE CIRCUIT COURT OF LOUDOUN COUNTY

Liaquat Ali,

           **Plaintiff**

vs.

                             Case Number: *19-1198*

**Champlain Enterprises, Inc. d/b/a CommutAir**
Serve: Registered Agent
Corporation Service Company
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

And

**United Airlines, Inc.**
Serve: Registered Agent
CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060,

           **Defendants**

                    (Jury Trial Requested)

---

## COMPLAINT

    Airline passenger, Liqaut Ali, brings this negligence personal injury action, against the Defendants, jointly and severally, including Champlain Enterprises, Inc. d/b/a CommutAir (hereinafter referred to as "Defendant CommutAir") and United Airlines, Inc. (hereinafter referred to as "Defendant United Airlines"), and in support alleges as follows:

### A. PARTIES:

1. On August 17, 2017, Mr. Ali was traveling to Dulles International Airport.

2. Mr. Ali was travelling from Dayton, Ohio via CommutAir.

3. Defendant Champlain Enterprises, Inc. is the majority owner of the business known and operated as "CommutAir."

4. Defendant United Airlines is the minority owner of the business known and operated as "CommutAir."

5. "CommutAir" also operates under the name of "United Airlines Express."

## B. JURISDICTION:

6. Defendant Champlain Enterprises, Inc., doing business as CommutAir, regularly conducts substantial business in Loudoun County, Virginia.

7. Defendant United Airlines regularly conducts substantial business in Loudoun County, Virginia.

8. This Court has jurisdiction over each and every Defendant pursuant to applicable law, including Virginia Code §8.01-328.1, as all of the Defendants either through representatives, or themselves, transact business in this Commonwealth.

9. Venue in this Court is proper under § 8.01-262 of the Code of Virginia.

## C. FACTS:

10. On August 17, 2017, Mr. Ali was travelling to Dulles International Airport from Dayton, Ohio, via CommutAir Flight 4852.

11. As the airplane was landing at Dulles Airport, the plane hit the runway hard.

12. This hard landing caused those in the passenger area to be tossed and shaken about the cabin.

13. The hard landing also caused an overhead unit which contained air vents and light fixtures to become dislodged

14. This overhead unit fell onto Mr. Ali's head and shoulder area.

15. Mr. Ali was provided no warning before the device fell onto him

16. This passenger had no way to avoid being struck by the device.

## D. RESPONDEAT SUPERIOR:

17. At all times relevant, Defendants owed its invitees and passengers, including Mr. Ali, the duty to provide a safe mode of travel, and safe transportation while at the airport, and is thus liable for the failures of its agents and employees by the doctrine of *Respondeat Superior*.

18. The Defendants are liable for Mr. Ali's injuries.

19. Under the circumstances alleged herein, the Defendants are each jointly and severally liable and responsible, under principles of agency, *respondeat superior*, vicarious liability, and/or other applicable principles of law, for the wrongful conduct, negligence, and actions and omissions alleged.

## E. COMMON CARRIERS:

20. Defendant CommutAir (or Champlain Enterprises, Inc. d/b/a CommutAir) and Defendant United Airlines are common carriers.

21. Defendants, as common carriers, have a duty to use the highest degree of practical care and foresight for the safety of its passengers, including Liaquat Ali.

22. Defendants breached their duty to provide safe and adequate service, equipment and facilities for the transportation of passengers, including Liaquat Ali.

23. Defendants breach of this duty owed to their passengers, including Liaquat Ali, was the proximate cause of the Plaintiff's harms and losses.

24. Defendants were negligent under the duty owed as a common carrier and for other such acts or omissions as may be revealed in discovery.

### F. NEGLIGENCE:

25. The Defendants jointly and severally recognized or should have recognized the performance of duties they owed, undertook and assumed, was necessary for the protection of Mr. Ali's person, and the failure to perform those duties increased the risk of harm to invitees, including Mr. Ali, and/or the harm suffered by Mr. Ali, was suffered because of his reliance of the undertaking by the Defendants and each of them to perform those duties.

26. Mr. Ali was injured as a result of the Defendants' breach of this duty to transport him safely.

27. At all times relevant, all Defendants owed airline passengers, including Mr. Ali, the duty to ensure that all employees and/or agents were provided proper management, training, and supervision, so as to maintain the airplane premises in a reasonably safe condition, and to not cause harm to travelling invitees including Mr. Ali.

28. Defendants breached this duty by failing to properly secure the airplane parts and equipment in such a way that they would not become dislodged.

29. At all times relevant, all Defendants owed its passengers, including Mr. Ali, a duty to ensure that all employees and/or agents were provided proper management, training, and supervision regarding safe maneuvering of all aircraft.

30. Defendants breached this duty by improperly managing, training, and supervising employees and agents working on, or for their behalf, by failing to avoid a landing so hard that it caused the jostling of passengers and dislodging of airplane equipment.

31. Defendants CommutAir and United Airlines, by and through their agents and employees, in a negligent, careless, and negligent manner, breached the duties owed by each of them in the following respects:

      a. Failing to properly, supervise, manage, maintain, and/or control the individuals and/or operators responsible for the maintenance and upkeep of the aircraft and aircraft equipment, for the benefit of invitees, including Mr. Ali while on the airplane;

      b. Failure to provide a safe travel, and safe transportation while on the airplane;

      c. Failure to safely convey its passengers, including Mr. Ali.

32. The Defendants breached the duty(s) of care owed to the Plaintiff, and such breaches were a cause of the harms and damages sustained by Mr. Ali.

33. The acts complained of herein were reasonably foreseeable by Defendants as they were in control of the transportation and maintenance of aircraft which CommutAir and United Airlines operate.

34. As a result of the Defendants' negligence, Mr. Ali suffered injuries to his head, neck and back and other subsequent harms related to the August 17, 2017 airplane hard landing.

35. As a result of the Defendants' unsafe and negligent conduct, Mr. Ali suffered and continues to sustain harms and losses including; physical and emotional injuries, costs for the treatment of such permanent injuries, physical pain, inconvenience, embarrassment, humiliation, aggravation, mental anguish, future costs for treating such injuries, and other causally related harms and losses for which he seeks a jury's verdict.

WHEREFORE, Mr. Ali demands judgment against the Defendants, jointly and severally in the amount of $478,800, plus costs, pre- and post-injury interest as well as attorney fees. Plaintiff demands a trial by jury.

Respectfully Submitted,
Liaquat Ali, Plaintiff

By Counsel
Douglas K. W. Landau (VSB 25241)
ABRAMS LANDAU, Ltd.
797 Center Street
Herndon, Virginia 20170
Doug@LandauLawShop.com
(703) 796-9555, FAX: (703)-796-9210

VIRGINIA:

IN THE CIRCUIT COURT OF LOUDOUN COUNTY

Liaquat Ali

     Plaintiff

VS.                   Case No: 19-1198

Champlain Enterprises, Inc.     ACCEPTANCE OF SERVICE
d/b/a CommutAir,

and

United Airlines, Inc.
     Defendants

---

I, Douglas Winegardner, represent Champlain Enterprises, Inc. d/b/a CommutAir. I swear under oath the following:

1. I am an authorized agent of Champlain Enterprises, Inc. d/b/a CommutAir who is a named Defendant in the above styles suit and have the authority to accept service on behalf of the entity..

2. I have received a copy of the Complaint filed on July 16, 2018 and Summons issued on February _____ in the Loudoun County Circuit Court and I agree to accept service of process of these copies.

3. I agree to voluntarily accept service of said Summons and Complaint and acknowledge the receipt of the same. I waive any future service of process with regard to the original Summons and Complaint in this action and submit to the jurisdiction of the Loudoun County Circuit Court.

This the _12_ day of _Feb_ , 2020.

_____

Sworn to and subscribed before me by _Winegardner_ , this the _12th_ day of _February_ , 2020.

My Commission Expires: _3/31/2021_     _____
                                 Notary Public

EXHIBIT
B

VIRGINIA:

IN THE CIRCUIT COURT OF LOUDOUN COUNTY

Liaquat Ali

      Plaintiff

VS.                   Case No: 19-1198

Champlain Enterprises, Inc.      ACCEPTANCE OF SERVICE
d/b/a CommutAir,

and

United Airlines, Inc.
      Defendants

_____

      I, Douglas Winegardner, represent United Airlines, Inc.. I swear under oath the following:

1. I am an authorized agent of United Airlines, Inc., who is a named Defendant in the above styles suit and have the authority to accept service on behalf of the entity.. _2019 AW_

2. I have received a copy of the Complaint filed on July 16, 2018 and Summons issued on February _2/12/20_ in the Loudoun County Circuit Court and I agree to accept service of process of these copies.

3. I agree to voluntarily accept service of said Summons and Complaint and acknowledge the receipt of the same. I waive any future service of process with regard to the original Summons and Complaint in this action and submit to the jurisdiction of the Loudoun County Circuit Court.

      This the _12th_ day of ___Feb___, 2020.

      _____

Sworn to and subscribed before me by _Winegardner_, this the _10th_ day of
_February_, 2020.

                            _____
                            Notary Public

My Commission Expires: _3/31/2021_

**EXHIBIT**
C



## Entity Information

### Entity Information

| | |
|---|---|
| Entity Name: | Champlain Enterprises DE LLC |
| Entity ID: | T0637761 |
| Entity Type: | Limited Liability Company |
| Entity Status: | **Active** |
| Formation Date: | N/A |
| Reason for Status: | Active |
| VA Qualification Date: | 12/29/2015 |
| Status Date: | 12/29/2015 |
| Industry Code: | 0 - General |
| Period of Duration: | Perpetual |
| Jurisdiction: | DE |
| Annual Report Due Date: | N/A |
| Registration Fee Due Date: | Not Required |
| Charter Fee: | N/A |

### Registered Agent Information

| | |
|---|---|
| RA Type: | Entity |
| Locality: | RICHMOND CITY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | CORPORATION SERVICE COMPANY |
| Registered Office Address: | 100 Shockoe Slip Fl 2, Richmond, VA, 23219 - 4100, USA |

### Principal Office Address

| | |
|---|---|
| Address: | 240 VALLEY RD, SOUTH BURLINGTON, VT, 05403 - 6086, USA |

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

Principal Information          (https://www.facebook.com/VirginiaStateCorporationCommission)

(https://twitter.com/VAStateCorpComm)

Management Structure:   N/A

Filing History          RA History          Name History          Previous Registrations

Garnishment Designees          Image Request

Back          Return to Search          Return to Results

Back to Login



# Entity Information

## Entity Information

|  |  |
|---|---|
| Entity Name: | UNITED AIRLINES, INC. |
| Entity ID: | F0374472 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Formation Date: | N/A |
| Reason for Status: | Active and In Good Standing |
| VA Qualification Date: | 04/18/1988 |
| Status Date: | 05/06/2013 |
| Industry Code: | 0 - General |
| Period of Duration: | Perpetual |
| Jurisdiction: | DE |
| Annual Report Due Date: | 04/30/2020 |
| Registration Fee Due Date: | 04/30/2020 |
| Charter Fee: | $2500.00 |

## Registered Agent Information

|  |  |
|---|---|
| RA Type: | Entity |
| Locality: | HENRICO |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | C T CORPORATION SYSTEM |
| Registered Office Address: | 4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA |

## Principal Office Address

|  |  |
|---|---|
| Address: | 233 S. WACKER DRIVE, WDQCT - 14TH FLOOR, CHICAGO, IL - 60606 - 0080, USA |

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission)

(https://twitter.com/VAStateCorpComm)

## Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| CFO | Yes | GERALD LADERMAN | 233 S WACKER DR - WDQCT, 14TH FLOOR, CHICAGO, IL, 60606 - 0000, USA | 04/24/2019 |
| Secretary | No | JENNIFER L. KRAFT | 233 S. WACKER DR. WDQCT-14TH, CHICAGO, IL, 60606 - 0000, USA | 04/24/2019 |
| PRESIDENT/CEO | No | OSCAR MUNOZ | 233 S WACKER DR WDQCT 14TH, CHICAGO, IL, 60606 - 0000, USA | 04/24/2019 |
| EXEC VP/COO | Yes | GREGORY HART | 233 S WACKER DR - WDQCT, 14TH FLOOR, CHICAGO, IL, 60606 - 0000, USA | 04/24/2019 |

## Current Shares

Total Shares:  1000

Filing History     RA History     Name History     Previous Registrations

Garnishment Designees     Image Request

Back     Return to Search     Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)     Contact Us